COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ROSA ARZATE, | § | |
| | | No. 08-18-00143-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 243rd District Court |
| MATTHEW MANUEL ANDUJO | § | |
| AND JUAN MIGUEL TORRES, | | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC# 2017DCV4374) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs are taxed against the parties incurring same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF OCTOBER, 2019.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.